# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

Courtroom 310      Date: 8/10/2022    Time: 11:00 a.m.

Defendant: Wilson Tirado-Silva (J)    J#:    Case #: 22-Cr-60078-RAR

AUSA: Brian Dobbins      Attorney: _____

Violation: Murder First Degree in aid of Racketeering

Proceeding: Initial Appearance      CJA Appt: Lydia Pittaway, ESQ.

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: Detention

Bond Set at: _____    Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: ~~Spanish~~ English

Disposition: Defendant present. States he does not need services of interpreter. Advised of Rights and charges. Deft Sworn and testified Re Indigency. AFPD has conflict. The Court appoints attorney Lydia Pittaway as CJA.

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel: 8-15-2022 @ 11am FTL Duty
PTD/Bond Hearing: 8-15-2022 @ 11am FTL Duty
Prelim/Arraign or Removal: 8-15-2022 @ 11am FTL Duty
Status Conference RE: _____

D.A.R. 11:28:24 (rights); 11:36:33      Time in Court: 15 mins.

CHECK IF APPLICABLE: ___ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..