UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA                      Case No.: 22-cr-60078-RAR-2
        Petitioner,

v.

WILSON TIRADO-SILVA
        Defendant.
_____/

## NOTICE OF APPEARANCE

LYDIA PITTAWAY, Esquire, of PITTAWAY LAW, PLLC, hereby files her Notice of Appearance, through trial only in this cause, on behalf of Wilson Tirado-Silva.

Dated this 13th day of August 2022.

Respectfully Submitted,
*/s/ Lydia Pittaway____*
Florida Bar No. 44790
Pittaway Law P.L.L.C.
200 S. Indian River Dr., Ste. 301
Fort Pierce, FL 34950
Phone: 772-494-1821
Fax: 407-674-2524
Lydia@PittawayLaw.us

## CERTIFICATE OF SERVICE

On August 13, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

*/s/ Lydia Pittaway*
Florida Bar No. 44790